FILED

2007 NOV 20  AM 10: 30

... U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

Vern Schooley (State Bar No. 40301)
I. Morley Drucker (State Bar No. 29505)
Douglas R. Peterson (State Bar No. 215949)
Jessica Brookhart-Knost (State Bar No. 246244)
FULWIDER PATTON LLP
200 Oceangate, Suite 1550
Long Beach, California 90802
Telephone: (562) 432-0453
Facsimile: (562) 435-6014
docketlb@fulpat.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

ROBERT L. GOLDMAN, an individual and CELS ENTERPRISES, INC., a New York corporation,

        Plaintiff,

    v.

MARK TUCKER INC., a New York corporation,

        Defendant.

CASE NO. **CV 07 - 0 7 5 7 7 MMM PLA**x

COMPLAINT FOR PATENT INFRINGEMENT OF U.S. DESIGN PATENT NO. D555,335

AND DEMAND FOR JURY TRIAL

**BY FACSIMILE**

Now comes the Plaintiffs, ROBERT L. GOLDMAN and CELS ENTERPRISES, INC., who allege and aver as follows:

## I. JURISDICTION

    1.    This action arises under the patent laws of the United States. Jurisdiction is based upon 28 U.S.C. §§ 1331 and 1338(a).

    2.    Venue is proper pursuant to 28 U.S.C. §§ 1391(c) and 1400(b) in that Plaintiffs and Defendant are both subject to personal jurisdiction in California, and the Defendant has a regular and established place of business in the Central District of California and the infringing acts complained of herein took place in the Central District of California.

50601.1

Complaint For Patent Infringement Of U.S. Design Patent No. D555,335
Civil Action No.

1

## II.   PARTIES

3.   Plaintiff ROBERT L. GOLDMAN (hereinafter "GOLDMAN") is an individual residing within the Central District of California, having a principal place of business at 3485 South La Cienega Boulevard, Los Angeles, California 90016. Plaintiff GOLDMAN is presently CEO of Plaintiff Cels Enterprises, Inc. and he is the owner of the U.S. Design Patent No. D555,335.

4.   Plaintiff Cels Enterprises, Inc. (hereinafter "CELS") is a corporation organized and existing under the laws of the State of New York with a principal place of business at 3485 South La Cienega Boulevard, Los Angeles, California 90016.

5.   Upon information and belief, Defendant Mark Tucker Inc., is a corporation organized and existing under the laws of the State of New York with a principal place of business at 1370 Avenue of the Americas, New York, New York 10019.  Upon information and belief, on March 5, 2001, Mark Tucker Inc. registered as a foreign corporation with the California Secretary of State (Corporation Number C2336070).  Upon further information and belief, Defendant Mark Tucker Inc., is doing business and has carried out substantial trade and business within this judicial district and throughout the State of California.  Upon information and belief, Defendant Mark Tucker Inc., has advertised its business office location in California with YellowPages.com at the address: 2525 Main Street, Santa Monica, California, 90405.

## III.   FACTUAL BACKGROUND

6.   Plaintiffs, GOLDMAN and CELS have been engaged continuously for over twenty (20) years in the business of design and distribution of custom shoes and boots in the fashion industry.

/ / /

/ / /

/ / /

50601.1

Complaint For Patent Infringement Of U.S. Design Patent No. D555,335
Civil Action No.

2

1    7.    On December 19, 2006, Plaintiff CELS filed an application, Serial No.

2    29/270,301, with the United States Patent and Trademark Office ("USPTO") to

3    obtain a design patent on an original and unique boot design.  The application was

4    filed in the name of Qimei He, the inventor of the boot design.

5    8.    A patent for the boot design entitled "BOOT", Patent Number

6    D555,335 ("the '335 Patent") issued on November 20, 2007.  A copy of the '335

7    Patent is attached as Exhibit A.

8    9.    Qimei He assigned the rights in and to the '335 Patent, along with the

9    right to recover damages, to CELS.  Thereafter, CELS assigned the '335 Patent to

10   GOLDMAN, who in turn has licensed the '335 Patent back to CELS.

11   10.   Plaintiffs sell the boots covered by the '335 Patent under the trademark

12   of FAZE™ boots.  A copy of Plaintiffs' boots offered for sale on CELS' website at

13   www.vintagelaundry.com is attached hereto as Exhibit B.

14   11.   Notwithstanding the Plaintiffs' rights in its boot design covered by the

15   '335 Patent, upon information and belief, Defendant has manufactured, imported,

16   offered for sale and/or sold boots appropriating the design of the '335 Patent, of

17   which Defendant's boots are sold under the trademark KAYA CHARLI in the

18   United States.

19   12.   Indeed, Defendant has made sweeping use of the appropriated design,

20   selling the KAYA CHARLI boots through numerous retail stores in Los Angeles,

21   California and throughout the United States by its national distributor, Journeys

22   Shoes which, upon information and belief, is a division of Genesco, Inc., a

23   corporation organized and existing under the laws of Tennessee.  Defendant's

24   KAYA CHARLI boots are identical or substantially similar in appearance, and have

25   the same general appearance and visual effect as the ornamental design for the boot

26   design claimed in the `335 Patent.  A copy a website featuring the KAYA CHARLI

27   boots for sale, along with listings of stores offering the KAYA CHARLI boots for

28   sale in Los Angeles at www.journeys.com is attached hereto as Exhibit C.

13.    Defendant's use of Plaintiffs' original and distinctive FAZE™ boot design has been and is without the consent or authorization of Plaintiffs GOLDMAN and CELS.

14.    In September of 2007, Plaintiffs notified Defendant Mark Tucker Inc. of its unauthorized and infringing use, manufacture, cause to have manufactured, offers for sale and/or sales of embodiments of Plaintiffs' FAZE™ boot design. Plaintiffs warned of the pendency of Plaintiff's Patent application directed at its FAZE boot design under Patent Application Serial No. 29/270,301 and advised that a Notice of Allowance was issued therefor.  Plaintiffs cautioned that, upon payment of its final issuance fees, a patent covering Plaintiffs' FAZE™ boot design would issue.

15.    In response, Frank Gasparo, Esq., on behalf of Defendant Mark Tucker Inc. requested the file history of Plaintiffs' patent application.

16.    Plaintiffs then sent Mr. Gasparo the file history of the '335 Patent, but although Mr. Gasparo indicated he would respond "shortly", no response was forthcoming.

17.    Despite its actual notice, Defendant Mark Tucker Inc. has continued to manufacture, cause to have manufactured, import, offer for sale and/or sell boots appropriating the design of the '335 Patent with complete disregard for Plaintiffs' patent rights, including but not limited to a boot sold under the trademark KAYA CHARLI in stores retail locations throughout Los Angeles, California and the United States.

## IV.    CLAIM FOR RELIEF

(Patent Infringement of U.S. Patent No. D555,335)

18.    Plaintiff hereby incorporates by reference and repeats and realleges the allegations set forth in Paragraphs 1 through 17, above.

19.    By its aforesaid unauthorized acts, Defendant Mark Tucker Inc. has infringed upon the '335 Patent in violation of 35 U.S.C. § 271.

20.     Defendant Mark Tucker Inc. has manufactured, used, offered for sale and/or sold KAYA CHARLI boots within this District through local retailer outlets and through Internet sales on its national distributor's website at www.journeys.com.

21.     Defendant's KAYA CHARLI boots are identical or substantially similar in appearance, and have the same general appearance and visual effect as the ornamental design for the boot design claimed in the `335 Patent.

22.     Upon information and belief, the Defendant Mark Tucker Inc.'s acts of infringement will continue unless enjoined by this Court and, as such, Plaintiffs lack an adequate remedy at law.

23.     Defendant Mark Tucker Inc.'s aforementioned infringement of the '335 Patent has, and is, irreparably damaging Plaintiffs and will continue to irreparably damage Plaintiffs unless and until Defendant's infringing acts are preliminarily and permanently enjoined by this Court.  As a result of Defendant's infringement, Plaintiffs are entitled to preliminary and permanent injunctive relief as provided for under 35 U.S.C. § 283.

24.     As a result of Defendant Mark Tucker Inc.'s infringement, Plaintiffs are entitled to an award of damages in an amount not less than a reasonable royalty pursuant to 35 U.S.C. § 284 or in an amount equal to Defendant's profits pursuant to 35 U.S.C. § 289, which ever is greater.

25.     Upon information and belief, Defendant Mark Tucker Inc.'s acts of infringement have been committed with knowledge of and in complete disregard for Plaintiffs' patent rights and, as such, said acts of patent infringement complained of herein have been willful and wanton, rendering this an exceptional case entitling Plaintiffs to an award of treble damages under 35 U.S.C. § 284 and an award of Plaintiffs' attorneys fees and costs under 35 U.S.C. § 285.

## V.     PRAYER FOR RELIEF

Wherefore, Plaintiffs GOLDMAN and CELS pray for judgment against Defendant Mark Tucker Inc. as follows:

1      A.    A finding that this Court has jurisdiction over the Parties and of the

2  subject matter of this action;

3      B.    A finding that United States Patent No. D555,335 is not invalid and

4  owned by GOLDMAN;

5      C.    A finding that Defendant has committed acts of patent infringement by

6  its manufacture, cause to have manufactured, use, importation, offer for sale and/or

7  sale of boots utilizing a design that infringes the design shown in the '335 Patent;

8      D.    A finding that Defendant has willfully committed patent infringement

9  of the '335 Patent;

10      E.    Issuance of preliminary and permanent injunctions prohibiting

11  Defendant, its officers, directors, owners, agents, representatives, employees,

12  assigns, suppliers, retailers, and customers, and all persons acting in concert or

13  privity with it from using the designs of the '335 Patent and any confusingly similar

14  variations thereof as a boot design or in promotional materials for footwear;

15      F.    Issuance of preliminary and permanent injunctions prohibiting the

16  Defendant from disposing of any existing inventory of infringing product and from

17  disposing of any tooling used to manufacture the infringing products;

18      G.    Issuance of a mandatory injunction requiring the Defendant to recall all

19  of its KAYA CHARLI boots and any other boot products embodying unauthorized

20  use of the '335 Patent and deliver them to Plaintiffs for destruction, as well as any

21  promotional literature and packaging which displays the infringing boot designs;

22      H.    Issuance of a mandatory injunction requiring the Defendant to deliver

23  to Plaintiffs for destruction any and all boots in Defendant's possession, custody or

24  control embodying unauthorized use of the '335 Patent along with all tooling and

25  dies and other things of manufacture, the sole purpose of which is to manufacture

26  Defendant's infringing boots, as well as any promotional literature and packaging

27  which displays the infringing boot designs, or either of them;

28  / / /

1    I.    An award of damages and costs, including but not limited to:

2        1.    an award of general damages for infringement of U.S. Patent No.

3  D555,335 according to 35 U.S.C. Section 284 or in the amount equal to Defendant's

4  profits pursuant to 35 U.S.C. Section 289, whichever is greater;

5        2.    an award of trebled damages for willful and wanton infringement

6  of said patent pursuant to 35 U.S.C. Section 284;

7        3.    an assessment of costs and disbursements, together with an

8  award of reasonable attorneys' fees and prejudgment interest pursuant to 35 U.S.C.

9  Section 285; and

10    J.    such other and further relief as the Court may deem just and proper.

11

12  DATED: November 20, 2007          Respectfully submitted,

13                                    FULWIDER PATTON LLP

14

15

16                          By: _____
17                                Vern Schooley
18                                I. Morley Drucker
                                  Douglas R. Peterson
19                                Jessica Brookhart-Knost
                                  Attorneys for Plaintiffs,
20                                Robert L. Goldman and
                                  CELS Enterprises, Inc.
21

22

23

24

25

26

27

28

Complaint For Patent Infringement Of U.S. Design Patent No. D555,335          7
Civil Action No.

1

## DEMAND FOR A JURY TRIAL

2

3      Plaintiffs hereby make demand for a jury trial of this action.

4                                    Respectfully submitted,

5  DATED: November 20, 2007

6                                    FULWIDER PATTON LLP

7

8      By: _____

9          Vern Schooley
10          I. Morley Drucker
           Douglas R. Peterson
11          Jessica L. Brookhart-Knost
           Attorneys for Plaintiffs,
12          Robert L. Goldman and
13          CELS Enterprises, Inc.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Complaint For Patent Infringement Of U.S. Design Patent No. D555,335
Civil Action No.

US00D555335S

(12) **United States Design Patent** (10) Patent No.: **US D555,335 S**

He (45) Date of Patent: ✱✱ **Nov. 20, 2007**

(54) **BOOT**

(75) Inventor: **Qimei He**, El Monte, CA (US)

(73) Assignee: **CELS Enterprises, Inc.**, Los Angeles, CA (US)

(✱✱) Term: **14 Years**

(21) Appl. No.: **29/270,301**

(22) Filed: **Dec. 19, 2006**

(51) **LOC (8) Cl.** ................................................ **02-04**

(52) **U.S. Cl.** .................................................... **D2/909**

(58) **Field of Classification Search** ................ D2/909, D2/896, 897, 901, 910, 911, 925, 943, 950, D2/964–966, 969–974; D15/89; 36/45, 36/83, 88, 113, 114, 126–131

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| D10,856 | S | * | 10/1878 | Banigan | ........................ | D2/910 |
| D100,413 | S | * | 7/1936 | Clark | ........................ | D2/911 |
| D101,277 | S | * | 9/1936 | Issaly | ........................ | D2/910 |
| D123,668 | S | * | 11/1940 | Donner | ........................ | D2/911 |
| D500,583 | S | * | 1/2005 | Belley et al. | ................ | D2/970 |

OTHER PUBLICATIONS

Author Qimei He, copies of photographs of a boot titled *Flashlight Boot*, displayed at tradeshow in 2004, 2 pages.

* cited by examiner

*Primary Examiner*—Dominic Simone
*Assistant Examiner*—Rashida C. McCoy
(74) *Attorney, Agent, or Firm*—Fulwider Patton LLP

(57) **CLAIM**

The ornamental design for a boot, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of a boot showing my new design;

FIG. **2** is a rear elevational view thereof;

FIG. **3** is a front elevational view thereof;

FIG. **4** is a side elevational view thereof;

FIG. **5** is a side elevational view thereof opposite that shown in FIG. 4.

FIG. **6** is a top plan view thereof; and,

FIG. **7** is a bottom plan view thereof.

**1 Claim, 4 Drawing Sheets**





*FIG. 1*





*FIG. 2*          *FIG. 3*



FIG. 4

FIG. 5



*FIG. 6*



*FIG. 7*



home | privacy | contact us
cart | your account | about






click image to enlarge

## FAZE
**NAPPA LEATHER - MAHOGANY**
$66.75 (ON SALE! was $89.00 - 25% off!)
High shafted with long curvy trim lines to enhance your legs silhouette.
Full side zipper for added wearability and fit. Nappa stretch leather upper.
12" circumference. Balance manmade.  *Approx. 4 1/2 inch" heel.*

**OTHER MATERIAL/COLORS**
• Nappa Leather:   
click any color for details

**EXTRAS**
 view a larger image        add to your wishlist
send this to a friend!        rate this shoe!

**MORE FROM THIS SECTION**

   
IMAGE        SULTRY

**BUY THE FAZE**

| | |
|---|---|
| select color | Mahogany |
| select size | select a size |
| select qty | 1 |





**about our company**
FAQs
Our Story
As Seen In
Employment
Privacy Policy

**shopping**
Shop our Collection
Buy a Gift Certificate
Create a Wishlist
Search
Return Policy

**our other labels**
On Your Feet Shoes
Vintage Laundry Shoes
Little Laundry Shoes

**accessories**
Chinese Laundry Bags
Chinese Laundry Belts
Chinese Laundry Socks
Chinese Laundry Denim

chineselaundry.com and its contents are © 2003-2007 Cels Enterprises, Inc.

Exhibit B
Page 14



Exhibit B
Page 15

**shop** ⚬⚬⚬⚬⚬   SEARCH [            ]  [SEARCH]   [LOGIN]

Girl Brands          Guy Brands

girls shoes  •  guys shoes  •  apparel and accessories

SHOPPING CART
→ ITEMS : 0
→ TOTAL : $0.00
Spend $75.00 more for free shipping

## Kaya ::: Womens Kaya Charli - White

Stand tall and proud in these boots from Kaya featuring a pointed toe and stretch upper.
14" shaft, 4 1/2" heel.

#867091

**$49.99**

Size [        ]

[ VIEW SIZE CHART ]

White [        ]

[ 1 ]  (quantity)

[ ADD TO CART ]

TELL A FRIEND      ADD TO WISHLIST
CHECK STORE AVAILABILITY

< more >     Product Rating          (1

                      Rating)          ZOOM

**Product Reviews**          (Powered by PowerReviews.com)

Already own it? Write a Review

Displaying Review **1** of 1

⚬⚬⚬ Available Colors



### YOU MIGHT ALSO LIKE



### SHOP FOR ALL

# KAYA

**cool**

By **iu21kiss**  ✓ VERIFIED PURCHASER  from **bloomington, in** on **10/30/2007**

| | |
|---|---|
| Sizing: | Feels true to size |
| Width: | Feels true to width |
| Pros: | Durable, Cute, Stable, Warm, Easy To Clean, Breathes Well, Comfortable |
| Best Uses: | Going Out, Formal Events, Office, Casual Wear, Travel |
| Describe Yourself: | Conservative, High-end shopper, Comfort-oriented, Trendy, Stylish |
| Bottom Line: | Yes, I would recommend this to a friend |

love them

*Was this review helpful to you? Yes/No - You may also flag this review.*

Displaying Review **1** of 1

Exhibit C
Page 16

All site content is Copyright © 2000, Genesco    PRIVACY POLICY    SITE MAP    CONTACT US    HELP    1-866-324-6288    EN ESPAÑOL 1-866-325-3088

Exhibit C
Page 17



**CLOSE WINDOW** ☒

**ZOOM MODE**

**INSTRUCTIONS**

To zoom closer or further from the image, use the slider to the right of the image.

To pan up, down, right, or left, point your mouse to the area of the image near where you want to pan.

Exhibit C
Page 18



## Kaya ::: Womens Kaya Charli - Black

Stand tall and proud in these boots from Kaya featuring a pointed toe and stretch upper.
14" shaft, 4 1/2" heel.

#867090

**$49.99**

Size

VIEW SIZE CHART

Black

1 (quantity)

ADD TO CART

TELL A FRIEND     ADD TO WISHLIST
CHECK STORE AVAILABILITY

Product Rating     (0 Ratings)     ZOOM

**Available Colors**

**Product Reviews**     (Powered by PowerReviews.com)

Be the first to review this product. Write a Review

YOU MIGHT ALSO LIKE

SHOP FOR ALL

# KAYA

EVENTS & PROMOTIONS     STORE LOCATIONS     CATALOG REQUEST     BBQ     CONTESTS     E-MAIL SIGN-UP     RSS

Exhibit C
Page 19

http://www.journeys.com/catalog_detail.aspx?c=vendors&s=girls/Kaya&id=65720Monday, November 19, 200715:4...



| ZOOM MODE | INSTRUCTIONS |
|---|---|
|  | To zoom closer or further from the image, use the slider to the right of the image. |
|  | To pan up, down, right, or left, point your mouse to the area of the image near where you want to pan. |

Exhibit C
Page 20



The following stores are within your search. An icon next to the store's name, will indicate your item is in stock. Please contact the store to confirm product is available.

Journeys stores are now offering children's sizes on select styles.

 **SAN TAN VILLAGE, STE #111**
2200 E WILLIAMS FIELD RD
GILBERT , AZ 85295
480-899-9909

 **206 GALLERIA @ SOUTH BAY**
1815 HAWTHORNE BLVD
REDONDO BEACH , CA 90278-3420

310-793-9031

 **1427 THIRD ST. PROMENADE**
SANTA MONICA , CA 90401
310-395-4383

 **WESTFIELD FASHION SQUARE**
14006 RIVERSIDE DR STE 32
SHERMAN OAKS , CA 91423-1968
818-981-9018

 **CITADEL OUTLETS**
100 CITADEL DR, STE #436
COMMERCE , CA 90040
323-724-5423

 **219 STONEWOOD MALL**
DOWNEY , CA 90241-3906
562-923-1966

 **LAKEWOOD CENTER, SP 20**
20 LAKEWOOD CENTER MALL
LAKEWOOD , CA 90712-2418
562-529-6243

 **BURBANK TOWN CTR, STE 288**
201 E MAGNOLIA BLVD
BURBANK , CA 91501
818-559-2476

 **MONTEBELLO TOWN CENTER**
2027 MONTEBELLO T.C. DR
MONTEBELLO , CA 90640-2170
323-722-1662

 **251 LOS CERRITOS, CTR D21**
SAN GABRIEL FRWY S
CERRITOS , CA 90703-5422
562-924-4219

 **WESTFIELD TOPANGA #2110**
6600 TOPANGA CANYON BLVD
CANOGA PARK , CA 91303-2615

760-716-5214

 **SANTA ANITA MALL #708-L**
400 S BALDWIN AVE
ARCADIA , CA 91007-1908
626-445-4254

 **NORTHRIDGE FASHION CTR**
9301 TAMPA AVE #108-A
NORTHRIDGE , CA 91327-2501
818-885-5156

## Key

 = In stock at this store     = Not currently in stock at this store

Exhibit C
Page 21



Exhibit C
Page 22